IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| STEVEN L. REED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-3133-CV-S-SWH |
| | ) | |
| CITY OF SPRINGFIELD, MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before the Court is Magistrate Judge Hays's Report and Recommendation on Plaintiff's Motion to Withdraw Any Permission of Implied Permission Given for Magistrate to Handle This Case. (Doc. 48). On April 28, 2006, Plaintiff filed this Motion, arguing that he did not intend to turn the case over to a magistrate judge, nor that he intended to waive his right to have this case heard by an Article III judge. After an independent review of the record and the applicable law, the Court adopts the Magistrate's conclusions of law. Accordingly, the Court orders that the Magistrate's Report and Recommendation be attached to made a part of this Order, and denies Plaintiff's Motion to Withdraw Any Permission of Implied Permission Given for Magistrate to Handle This Case.

IT IS SO ORDERED

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

DATE: June 1, 2006